**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**

**FREDRICK D. LAWSON, JR.**

**CR. NO. 97-10016-01**

**JUDGE LITTLE**

## JUDGMENT

Before the court is a Motion to Eliminate Enhancements and Reduce Sentence filed by Fredrick D. Lawson, Jr. ("Lawson") on 12 January 2006 [Doc. #126] seeking "review of his case and a sentence reduction, eliminating the enhancements in his case." The government filed an answer on 25 January 2006 [#129]. Lawson filed, apparently as a reply to the government, an Objection to Magistrate's Report and Recommendation on 6 February 2006 [#130]. No such report and recommendation, however, exists with respect to the current motion.

Lawson previously filed a motion to vacate his sentence under 28 U.S.C. § 2255 on 27 December 1999 [#57]. The court denied that motion on 18 January 2001 [#74]. While the present motion is not styled as a motion to vacate under 28 U.S.C. § 2255, it is essentially a motion seeking the same relief and as such shall be treated as a successive motion to vacate under 28 U.S.C. § 2255. The district court does not have jurisdiction to consider a successive 28 U.S.C. § 2255 motion without authorization from the Court of Appeals. See

28 U.S.C. § 2244(b)(3)(a). "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." Id.

Upon receiving a successive motion under 28 U.S.C. § 2255, the district court may transfer the motion to the appropriate court of appeals for certification. See Henderson v. Haro, 282 F.3d 862, 863 (5th Cir. 2002) ("The district court construed this claim as a § 2255 petition and transferred it to this court for certification."). As such, this motion is transferred to the Court of Appeals for the Fifth Circuit for certification.

Alexandria, Louisiana

22 February 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE